IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAINY M. GIBSON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-5945 |
| | : | |
| JAKE CHARLES, *et al.*, | : | |
|     Defendants. | : | |

### ORDER

**AND NOW**, this 25th day of January, 2022, upon review of all outstanding motions and responses in this matter, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 12) is **GRANTED**;

2. Plaintiff may file a Second Amended Complaint in which she pleads her claims of excessive force, civil conspiracy, supervisor liability and false arrest related to her October 20, 2020, detention ONLY with proper factual specificity. Plaintiff's claims of malicious prosecution and false arrest for her January 15, 2021, detention are dismissed from this matter and shall not be included in Plaintiff's Second Amended Complaint;

3. Plaintiff's Motion for Reconsideration (Docket No. 9) is **DENIED**;

4. Plaintiff's Motion to Strike (Docket No. 15) is **DENIED**;

5. Plaintiff's Emergency Motion for Preliminary Injunction (Docket No. 18) is **DENIED**; and

6. Plainiff shall file a Second Amended Complaint within thirty (30) of the date of this Order if she can do so in compliance with the Federal Rules of Civil Procedure.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.